In the Matter of the Probate of the Will of WILLIAM MACGREADY, Deceased.

MARY E. MACGREADY et al., as General Guardians of MURIEL MACGREADY et al., Appellants; LOUISE MACGREADY, Respondent.

(Argued October 18, 1933; decided November 21, 1933.)

*Earl J. Garey, Eugene L. Garey, Edward K. Kennedy*
and *William Helfer* for appellants.

*Arthur T. O'Leary* and *John L. McMaster* for
respondent.

Order affirmed, with costs to respondent payable out
of the estate; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN, HUBBS and CROUCH, JJ.